**Entered on Docket**
**July 19, 2010**

*Bruce A. Markell*

**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

PITE DUNCAN, LLP
ACE VAN PATTEN (NV Bar #11731)
EDDIE R. JIMENEZ (NV Bar #10376)
701 Bridger Avenue, Suite 670
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for   Secured Creditor WELLS FARGO BANK, N.A., FORMERLY KNOWN AS
                WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD
                SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>GARY R. NICHOLAS AND EDITH M. NICHOLAS,<br><br>        Debtor(s). | Bankruptcy Case No. Bk-S-10-19150-bam<br>Chapter 7<br><br>WELLS FARGO BANK, N.A., FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB'S ORDER VACATING AUTOMATIC STAY<br>Date:   July 9, 2010<br>Time:  1:30 p.m. |

/ / /

/ / /

/ / /

1    A hearing on Secured Creditor Wells Fargo Bank, N.A., formerly known as

2  Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB's Motion for Relief

3  From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court

4  before the Honorable Bruce A. Markell, Ace Van Patten appearing on behalf of Secured

5  Creditor.

6    The court having duly considered the papers and pleadings on file herein and

7  being fully advised thereon and finding cause therefor:

8    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic

9  Stay of Title 11 U.S.C. Section 362 is hereby terminated as it applies to the enforcement by

10  Secured Creditor, of all its rights in the subject property, generally described as 319 Vallarte

11  Drive, Henderson, Nevada 89014, and legally described as follows:

12
13                      LOT TWENTY SIX (26) IN BLOCK FOUR (4) OF
                        PARK BRISAS - UNIT 3, AS SHOWN BY MAP
                        THEREOF ON FILE IN BOOK 32 OF PLATS,
                        PAGE 7, IN THE OFFICE OF THE COUNTY
14                      RECORDER OF CLARK COUNTY, NEVADA.

15

16  APPROVED/DISAPPROVED        APPROVED/DISAPPROVED

17  _____  _____
    LUCIEN A. CRAVENS, JR.        JAMES F. LISOWSKI, SR.
18  DEBTOR(S) ATTORNEY            TRUSTEE

19  /././

20  /././

21  /././

22  /././

23  /././

24  /././

25  /././

26  /././

27  /././

28  /././

1   ALTERNATIVE METHOD re: RULE 9021:

2   In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3   ☐    The court has waived the requirement of approval under LR 9021.

4   ☐    I certify that I have served a copy of this order with the motion, and no parties appeared

5   or filed written objections.

6   ☒    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have

7   delivered a copy of this proposed order to all counsel who appeared at the hearing, any

8   unrepresented parties who appeared at the hearing, and each has approved or disapproved the

9   order, or failed to respond, as indicated below [list each party and whether the party has

10  approved, disapproved, or failed to respond to the document]:

11  ☐    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to

12  all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing,

13  and each has approved or disapproved the order, or failed to respond, as indicated below [list

14  each party and whether the party has approved, disapproved, or failed to respond to the

15  document]:

16  ☐    Approved.

17  ☐    Disapproved.

18  ☒    Failed to respond. - Debtors' Attorney/Trustee

19                                                                                   ###

20  Submitted by:

21  /s/ Ace Van Patten
    4375 Jutland Drive, Suite 200
22  P.O. Box 17933
    San Diego, CA 92177-0933
23  (858) 750-7600
    NV Bar 11731
24  Attorney for WELLS FARGO
    BANK, N.A., FORMERLY
25  KNOWN AS WACHOVIA
    MORTGAGE, FSB,
26  FORMERLY KNOWN AS
    WORLD SAVINGS BANK,
27  FSB

28